UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NAASÓN JOAQUÍN GARCÍA; ROSA SOSA; AZALIA RANGEL GARCÍA; EVA GARCÍA DE JOAQUÍN; JORAM NÚÑEZ JOAQUÍN; and SILEM GARCÍA PEÑA,

Defendants.

Case No. 25-CR-370 (LAP)

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law for this Omnibus Motion and all prior papers and proceedings, Defendant Eva García de Joaquín will respectfully move this Court before the Honorable Loretta A. Preska, United States District Judge, United States District Court for the Southern District of New York, in Courtroom 12A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order:

(1) severing Defendant Eva García de Joaquín's trial from that of her codefendants;

(2) dismissing, striking, or narrowing Count One to the extent it relies on foreign predicate conduct not indictable when it occurred, and precluding any retroactive use of 18 U.S.C. § 1596 as a basis of liability against her, or, in the further alternative, directing the government to file a bill of particulars under Federal Rule of Criminal Procedure 7(f); and

(3) striking the government's reliance on spiritual coercion as a basis for the sex-trafficking predicates in the conspiracy charges.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the deadlines set by the Court, the government's opposition is due August 24, 2026.

Dated: July 24, 2026
New York, New York

ChaudhryLaw PLLC

By: */s/ Priya Chaudhry*
Priya Chaudhry
Justin Mungai

147 West 25th Street, 12th Floor
New York, New York 10001
Tel: (212) 785-5550

priya@chaudhrylaw.com
justin@chaudhrylaw.com

*Attorneys for Defendant*
*Eva García de Joaquín*