UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NAASÓN JOAQUÍN GARCÍA; ROSA SOSA; AZALIA RANGEL GARCÍA; EVA GARCÍA DE JOAQUÍN; JORAM NÚÑEZ JOAQUÍN; and SILEM GARCÍA PEÑA,<br><br>Defendants. | Case No. 25-CR-370 (LAP) |

**AFFIDAVIT OF JUSTIN MUNGAI IN SUPPORT OF EVA GARCÍA DE JOAQUÍN'S DEMAND FOR A BILL OF PARTICULARS**

I, JUSTIN MUNGAI, pursuant to 28 U.S.C. § 1746 and Local Criminal Rule 16.1 ("L.C.R. 16.1"), declare as follows:

1. I am an attorney and Counsel with the law firm ChaudhryLaw PLLC, attorneys for Defendant EVA GARCÍA DE JOAQUÍN ("Ms. de Joaquín") in the above-captioned action.

2. I submit this affidavit pursuant to L.C.R. 16.1 to affirm that counsel for Ms. de Joaquín have met their conferral obligations under that rule, as elaborated below.

3. On January 13, 2026, Ms. de Joaquín served on the government her first demand for a bill of particulars. The government responded to Ms. de Joaquín on January 19, 2026, denying her demand, and contending that the government had no obligation to provide the demanded particulars.

4. On June 17, 2026, Ms. de Joaquín served on the government a supplemental demand for a bill of particulars. On July 1, 2026, the government again denied Ms. de Joaquín's demand.

5. On July 7, 2026, counsel for Ms. de Joaquín and counsel for the government conferred via Zoom about Ms. de Joaquín's demand for a bill of particulars. The parties were not able to resolve by agreement any of the issues Ms. de Joaquín raised in her demands, and which she now raises in her motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2026
New York, New York

ChaudhryLaw PLLC

By: */s/ Justin Mungai*
Justin Mungai

147 West 25th Street, 12th Floor
New York, New York 10001
Tel: (212) 785-5550

justin@chaudhrylaw.com

*Attorneys for Defendant*
*Eva García de Joaquín*