UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NAASÓN JOAQUÍN GARCÍA; ROSA SOSA; AZALIA RANGEL GARCÍA; EVA GARCÍA DE JOAQUÍN; JORAM NÚÑEZ JOAQUÍN; and SILEM GARCÍA PEÑA,

Defendants.

Case No. 25-CR-370 (LAP)

**DECLARATION OF PRIYA CHAUDHRY**

I, PRIYA CHAUDHRY, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney and the Founding Partner of the law firm ChaudhryLaw PLLC, attorneys for EVA GARCÍA DE JOAQUÍN ("Ms. de Joaquín") in the above-captioned action.

2. I submit this Declaration in support of Eva García de Joaquín's Memorandum of Law in Support of Her Omnibus Motion.

3. Attached hereto as **Exhibit A** is a true and correct copy of the demand for a bill of particulars Ms. de Joaquín served on the government on January 13, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of the demand for a supplemental bill of particulars Ms. de Joaquín served on the government on June 17, 2026.

5. Attached hereto as **Exhibit C** is a true and correct copy of the government's January 29, 2026, response to Ms. de Joaquín's January 13, 2026, bill of particulars demand.

6. Attached hereto as **Exhibit D** is a true and correct copy of the government's July 1, 2026, response to Ms. de Joaquín's June 17, 2026, supplemental bill of particulars demand.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2026
New York, New York

ChaudhryLaw PLLC

By: */s/ Priya Chaudhry*
Priya Chaudhry

147 West 25th Street, 12th Floor
New York, New York 10001
Tel: (212) 785-5550

priya@chaudhrylaw.com

*Attorneys for Defendant*
*Eva García de Joaquín*